UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID WARDAK,<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN RAUFER, et al.,<br><br>        Defendants. | Case No. 25-cv-04150-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On May 14, 2025, this case was transferred to the Northern District of California from the Eastern District of Pennsylvania. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jon S. Tigar to determine whether it is related to *Ahmed v. DHS*, Case No. 4:23-cv-01892.

**IT IS SO ORDERED.**

Dated: May 15, 2025

                                                Donna M. Ryu<br>                                                Chief Magistrate Judge